### JORDAN *v.* PARSONS.

COBB, J. The evidence, though conflicting, authorized the verdict rendered. The charges complained of were not erroneous for any of the reasons assigned; and the discretion of the trial judge in refusing to grant a new trial will not be interfered with.

*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Submitted March 1, — Decided April 30, 1902.

Equitable petition.    Before Judge Felton.    Bibb superior court. February 18, 1901.

*John R. Cooper*, for plaintiff.
*F. R. Martin* and *M. H. Ayer*, for defendant.